| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Vinson, Roger | 2. Court or Organization  District Court - NDFL | 3. Date of Report  05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |

**7. Chambers or Office Address**

Arnow Federal Building
100 North Palafox Street
Pensacola, FL 32502

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee and Chairman | J. Hugh and Earle W. Fellows Memorial Fund |
| 2. | Co-Trustee | Vinson Cemetery Trust Fund |
| 3. | Trustee | American Camellia Society Trust, Inc. |
| 4. | Chairman | Pensacola Camellia Club Foundation, Inc. |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Florida Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage Loan - | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Land | | None | M | W | | | | | |
| 2. Condominium | | None | O | W | | | | | |
| 3. Adams Express | A | Dividend | J | T | | | | | |
| 4. Anglo American | A | Dividend | J | T | | | | | |
| 5. Apple | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 6. Barrick | A | Dividend | J | T | Buy | 10/18/12 | J | | |
| 7. Catepillar | A | Dividend | K | T | | | | | |
| 8. Cisco | A | Dividend | J | T | | | | | |
| 9. Cooper Ind. | A | Dividend | | | Merged (with line 11) | 11/30/12 | J | D | |
| 10. Corelogic | | None | J | T | | | | | |
| 11. Eaton Corp. | | None | J | T | | | | | |
| 12. Exxon Mobil | B | Dividend | L | T | | | | | |
| 13. First American Financial | A | Dividend | J | T | | | | | |
| 14. General Electric | A | Dividend | J | T | | | | | |
| 15. Genon Energy | | None | | | Merged (with line 28) | 12/18/12 | J | A | |
| 16. Geovax Labs | | None | J | T | | | | | |
| 17. Goldcorp | A | Dividend | J | T | Buy | 05/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HCP | A | Dividend | J | T | | | | | |
| 19. Headwaters | | None | | | Sold | 12/26/12 | J | B | |
| 20. Intel | A | Dividend | J | T | | | | | |
| 21. Intuitive Surgical | | None | J | T | | | | | |
| 22. JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 23. McDonalds | B | Dividend | M | T | | | | | |
| 24. Microchip Technology | B | Dividend | K | T | | | | | |
| 25. Microsoft | A | Dividend | J | T | | | | | |
| 26. Myriad Genetics | | None | J | T | | | | | |
| 27. Myrexis | | None | J | T | | | | | |
| 28. Myriad Pharmaceuticals | | None | J | T | | | | | |
| 29. NRG Energy | | None | J | T | | | | | |
| 30. Pioneer Nat. Res. | A | Dividend | J | T | | | | | |
| 31. Proshares Treasury Ultrashort | | None | J | T | | | | | |
| 32. Proshares Treasury Ultrashort | | None | | | Buy (add'l) | 10/12/12 | J | | |
| 33. Proshares Treasury Ultrashort | | None | | | Sold (part) | 09/06/12 | J | | |
| 34. Regions Financial | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Value Fund | A | Dividend | J | T | | | | | |
| 36. Southern Company | A | Dividend | K | T | | | | | |
| 37. Summit Municipal | | None | K | T | | | | | |
| 38. TECO | A | Dividend | J | T | | | | | |
| 39. T. Rowe Price Tax-Free Fund | C | Dividend | L | T | Sold (part) | 12/27/12 | K | B | |
| 40. T. Rowe Price Spectrum Gr. Fund | A | Dividend | | | Merged (with line 37) | 12/27/12 | K | C | |
| 41. Thompson Creek Metals | | None | J | T | Buy | 06/13/12 | J | | |
| 42. Thompson Creek Metals | | None | J | T | Sold (part) | 08/03/12 | J | A | |
| 43. Vanguard Energy Fund | A | Dividend | | | Sold | 11/1/12 | K | B | |
| 44. Vanguard Precious Metals Fund | A | Dividend | | | Sold | 11/1/12 | J | B | |
| 45. Vanguard Tax-Managed Cap. Appreciation Fund | A | Dividend | | | Sold | 11/1/12 | J | B | |
| 46. Walmart | B | Dividend | L | T | | | | | |
| 47. Watson Pharm. | | None | J | T | | | | | |
| 48. 403(b) Nationwide Annuity | D | Distribution | L | W | | | | | |
| 49. IRA Price Funds | C | Dividend | L | T | | | | | |
| 50. - Spectrum Growth | | | | | | | | | |
| 51. - Spectrum Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Spectrum International | | | | | | | | | |
| 53. Members First Credit Union, ▨ - Savings | A | Interest | J | T | | | | | |
| 54. AmSouth Bank ▨ Accounts | A | Interest | J | T | | | | | |
| 55. Gulf Coast Bank Account | B | Interest | K | T | | | | | |
| 56. Life Insurance (Whole) (Navy Mutual Aid) | | None | L | W | | | | | |
| 57. IRA - Vanguard Group | E | Distribution | O | T | | | | | |
| 58. - STAR Fund | | | | | | | | | |
| 59. - International Value | | | | | Merged (with line 66) | 11/1/12 | K | | |
| 60. - Wellesley | | | | | | | | | |
| 61. - Wellington | | | | | | | | | |
| 62. - Energy Fund | | | | | | | | | |
| 63. -Health Care | | | | | | | | | |
| 64. -Inflation Protected Sec. | | | | | Merged (with line 67) | 11/1/12 | L | | |
| 65. -Precious Metals | | | | | Merged (with line 66) | 11/1/12 | J | | |
| 66. -Short Term Inv. Grade | | | | | | | | | |
| 67. Dividend Growth | A | Dividend | L | T | | | | | |
| 68. Western Asset Municipal Money Market Fund | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apple | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 70. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 71. American Electric Power Co. Inc. | A | Dividend | J | T | | | | | |
| 72. SPDR Barclays Capital Conv Securities | A | Dividend | | | Sold | 05/09/12 | J | | |
| 73. Beam | A | Dividend | K | T | | | | | |
| 74. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 75. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 76. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 77. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 78. Fortune Brands Inc. | A | Dividend | J | T | | | | | |
| 79. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 80. Intel Corp. | A | Dividend | J | T | | | | | |
| 81. IntL Business Machines Corp. | A | Dividend | K | T | | | | | |
| 82. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 83. Merck & Co. Inc. New | A | Dividend | J | T | | | | | |
| 84. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 85. Proshres Treasury II Ultrashort Euro | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 87. Southern Co. | A | Dividend | K | T | | | | | |
| 88. Thompson Creek Metals | | None | J | T | Buy | 06/03/12 | J | | |
| 89. Thompson Creek Metals | | None | | | Sold (part) | 08/03/12 | J | | |
| 90. Wal-Mart Stores, Inc. | B | Dividend | L | T | | | | | |
| 91. Waste Management Inc. | A | Dividend | J | T | | | | | |
| 92. Wells Fargo & CO. New | A | Dividend | J | T | | | | | |
| 93. Legg Mason Western Asset Intermediate-Term Municipals | B | Dividend | K | T | | | | | |
| 94. IShares Fd Bond HYG | A | Dividend | J | T | | | | | |
| 95. IShares Fd Pfd PFF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vinson, Roger | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Lines 69 thru 96          Assets derived from Inheritance

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger Vinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544